IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTAVIS DAVON MILLS, #285364, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:17-cv-258-ECM |
| | ) [WO] |
| WALTER MYERS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**OPINION and ORDER**

On May 24, 2019, the Magistrate Judge entered a Recommendation that the petitioner's habeas petition be dismissed with prejudice (doc. 13) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the petition for writ of habeas corpus be and is hereby DENIED, and this case be and is hereby DISMISSED with prejudice as the petition was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d).

DONE this 21st day of June, 2019.

                                              /s/ Emily C. Marks
                                          EMILY C. MARKS
                                          CHIEF UNITED STATES DISTRICT JUDGE